**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ16-443 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| TAYLOR LEE THRUELSEN, | |
| Defendant. | |

<u>Offense charged</u>:

Bond Violation

<u>Date of Detention Hearing</u>: October 17, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged in an indictment from the District of Oregon.

2. Defendant has an active drug habit. He has previously violated the terms and conditions of his bond and was warned that any further violations would result in the bond being revoked.

3. Honorable Mark D. Clarke, the U.S. Magistrate Judge in the District of Oregon

who is handling this case, directed the issuance of a bench warrant.

4. Defendant will remain in custody pending his initial appearance in the District of Oregon.

5. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community, pending his appearance in the District of Oregon.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending his initial appearance in the District of Oregon and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of October, 2016.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge